

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN R. DEMOS, JR.,

    Plaintiff,

v.                                   Civil Action No. 3:15CV341

UNITED STATES OF AMERICA, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 25, 2015, the Court denied John Robert Demos, Jr.'s motion for leave to proceed in forma pauperis and ordered him to pay the full filing fee of $400.00 within eleven (11) days of the entry thereof. More than eleven days have passed since the entry of the Court's June 25, 2015 Memorandum Order and Demos has not paid the filing fee. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Demos.

It is so ORDERED.

                                                /s/    REP

Date: August 25, 2015
Richmond, Virginia
                                      Robert E. Payne
                                      Senior United States District Judge